*In re* Enmiendas al Formulario para Solicitar Admisión por Cortesía al Amparo de la Regla 12(f) del Reglamento del Tribunal Supremo.

*Número:* ER-2017-01          *Resuelto:* 8 de febrero de 2017

## RESOLUCIÓN

La Regla 12(f) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, regula la admisión por cortesía en nuestra jurisdicción. En lo pertinente, esta regla dispone que "[t]oda solicitud de admisión por cortesía deberá tramitarse completando y presentando en la Secretaría del Tribunal el formulario de Solicitud de Admisión por Cortesía, que se hace formar parte de esta Resolución como Anejo". Regla 12(f)(7) del Reglamento, *supra*, en *In re Enmda. R. 12(f) Reglamento TS*, 193 DPR 321, 325 (2015).

Tras su adopción, el formulario se enmendó con el propósito de agilizar el trámite de estas solicitudes. Véase *In*

*re Enmdas. Formulario Adm. Cortesía*, 195 DPR 654 (2016). Sin embargo, hemos identificado ciertos errores de forma y contenido recurrentes en las solicitudes presentadas que ameritan nuestra intervención. En consecuencia, se modifican los acápites siguientes del formulario para solicitar la admisión por cortesía:

Acápite II. *Caso o procedimiento*: Se añade que la persona solicitante deberá especificar todas las partes en el caso para el cual solicita la admisión por cortesía y cada uno de sus representados, si es más de uno.

Acápite III. *Jurisdicciones en las que la persona solicitante ha sido admitida*: Se aclara que se aceptarán únicamente los certificados de *good standing* originales emitidos por el tribunal de mayor jerarquía dentro de los 90 días previos a la presentación de la solicitud.

Acápite IV. *Solicitudes previas de admisión por cortesía*: Se especifica que la persona solicitante deberá utilizar el formato de la tabla que se incluye en el formulario. Se detalla, además, que se requiere el nombre y el número del caso al que solicitó admisión por cortesía previamente, así como la determinación de este Tribunal y la fecha cuando se emitió.

El formulario revisado que se aneja a esta Resolución deberá utilizarlo toda persona que interese ser admitida por cortesía al amparo de la Regla 12(f), *supra*. Esta enmienda entrará en vigor diez días después de su aprobación y aplicará a todas las peticiones presentadas a partir de su fecha de efectividad.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada Señora Pabón Charneco y el Juez Asociado Señor Estrella Martínez no intervinieron.

*(Fdo.)* Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*

# ANEJO

Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Tribunal Supremo de Puerto Rico

| Ex parte | MC-20 ___-___ | Admisión por cortesía Regla 12(f) Reglamento del Tribunal Supremo de Puerto Rico |
|---|---|---|

### Solicitud de Admisión por Cortesía

#### I. Información de la persona solicitante

Nombre:_____

Bufete:_____

Dirección postal:_____

Dirección física:_____

Teléfono:_____

Fax:_____

Correo electrónico:_____

#### II. Caso o procedimiento

Provea la siguiente información relacionada al caso o casos, en el cual la persona solicitante desea ser admitida por cortesía. Especifique todas las partes en el caso y cada uno de sus representados, de ser más de uno. La persona solicitante deberá agrupar los casos para los cuales desea ser admitido por cortesía si concurren las siguientes condiciones: (1) se trata de la misma persona solicitante y del (de la) mismo(a) abogado(a) endosante, y (2) se cancelan los sellos de rentas internas por cada uno de los casos.

Nombre de las partes:_____
Foro:_____
Parte a quien representa:_____
Nombre del (de la) abogado(a) de la otra parte:_____
Dirección postal o física:_____
Correo electrónico:_____

Nombre de las partes:_____
Foro:_____
Parte a quien representa:_____
Nombre del (de la) abogado(a) de la otra parte:_____
Dirección postal o física:_____
Correo electrónico:_____

Nombre de las partes:_____
Foro:_____
Parte a quien representa:_____
Nombre del (de la) abogado(a) de la otra parte:_____
Dirección postal o física:_____
Correo electrónico:_____

Nombre de las partes:_____
Foro:_____
Parte a quien representa:_____
Nombre del (de la) abogado(a) de la otra parte:_____
Dirección postal o física:_____
Correo electrónico:_____

Nombre de las partes:_____
Foro:_____
Parte a quien representa:_____
Nombre del (de la) abogado(a) de la otra parte:_____
Dirección postal o física:_____
Correo electrónico:_____

### III. Jurisdicciones en las que la persona solicitante ha sido admitida

Mencione todas las jurisdicciones de Estados Unidos de América en las cuales ha sido admitida a ejercer la práctica de la abogacía y adjunte los correspondientes certificados de *good standing* emitidos por el tribunal de mayor jerarquía en cada una de ellas (únicamente se aceptarán certificados originales emitidos dentro de los 90 días previos a la solicitud).

| Jurisdicción | Fecha de admisión | Número de licencia |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### IV. Solicitudes previas de admisión por cortesía

Provea la siguiente información en torno a las solicitudes de admisión por cortesía que ha presentado en el Tribunal Supremo de Puerto Rico en los pasados 2 años. *Deberá utilizar el formato de la tabla que se incluye en este formulario*

| Nombre y número del caso | Núm. Caso TS | Fecha de la solicitud | Fecha de la Determinación TS | Determinación TS | Estatus del caso (Activo/ Terminado) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Provea la siguiente información si actualmente está admitido(a) por cortesía en algún caso que no ha concluido y no se

encuentra entre los enumerados anteriormente. *Deberá utilizar el formato de la tabla que se incluye en este formulario.*

| Nombre y número del caso | Núm. Caso TS | Fecha de la solicitud | Fecha de la Determinación TS | Determinación TS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

De necesitar más espacio, si ha presentado 5 solicitudes en el último año o si actualmente está admitido(a) por cortesía en cinco casos que todavía no han concluido, deberá anejar un escrito en el cual se discutan los criterios que el Tribunal tomará en consideración al determinar si concede la admisión solicitada, según establecidos en la Regla 12(f)(1). Para determinar si debe presentar este documento, el periodo de un año se computará a partir de la presentación de la solicitud.

¿Alguna jurisdicción estadounidense le ha negado admisión por cortesía dentro de los últimos cinco años?

☐ No

☐ Sí—Indique la jurisdicción y detalle las razones expuestas por la entidad encargada de admitir al ejercicio de la abogacía para negar su solicitud de admisión por cortesía. No se limite al espacio provisto, de necesitarlo, aneje una hoja adicional debidamente identificada y enumerada.

_____

_____

_____

## V. Historial de procesos disciplinarios

Conteste las siguientes preguntas. De contestar sí en alguna de ellas, explique. No se limite al espacio provisto, de necesitarlo, aneje una hoja adicional debidamente identificada y enumerada.

¿Alguna autoridad disciplinaria competente ha iniciado algún proceso disciplinario en su contra en cualquiera de las jurisdicciones a las que está admitido dentro de los últimos cinco años?

☐ No

☐ Sí (Explique)_____

¿Actualmente es objeto de algún procedimiento por alegada conducta antiética ante alguna jurisdicción?

☐ No

☐ Sí (Explique: la agencia u organismo promovente, número del caso, las causas y el estado actual del procedimiento)

_____
_____
_____

¿Alguna vez ha sido disciplinado(a) o suspendido(a) de la práctica de la abogacía en alguna jurisdicción?

☐ No

☐ Sí (Explique: la agencia u organismo promovente, número del caso, las causas del procedimiento)_____

_____
_____

## VI. Información del abogado o de la abogada endosante

Provea la siguiente información en torno al (a la) abogado(a) del foro puertorriqueño con quien se asociará para fines del caso o procedimiento para el cual solicita admisión.

Nombre:_____

Número del RUA:_____

Bufete:_____

Dirección postal:_____

Dirección física:_____

Teléfono:_____

Fax:_____

Correo electrónico:_____

## VII. Sellos de rentas internas

Identifique la opción que corresponda. Si solicita que se le exima del pago de sellos de rentas internas, deberá adjuntar el documento que lo acredite.

☐ Se adjuntan sellos de rentas internas con valor de $800.

☐ Se solicita que se exima del pago de sellos de rentas internas por tratarse de un caso pro bono.

☐ Se solicita que se exima del pago por existir justa causa. (Adjunte una declaración en la cual acredite la existencia de justa causa para la exención).

## VIII. Certificación de la persona solicitante
## CERTIFICO QUE:

1. Me someto a la jurisdicción disciplinaria del Tribunal Supremo de Puerto Rico y que asumo responsabilidad ante el (la) cliente(a) y el foro.

2. Estoy familiarizado(a) con las reglas procesales y éticas del foro.

3. No estoy suspendido(a) o desaforado(a) de la práctica de la abogacía en ninguna jurisdicción.

4. Actualizaré de manera continua la información aquí provista en caso de que varíe.

5. A mi mejor juicio, la información provista es cierta y correcta.

A ____ de _____ de 20____.

_____

Firma de la persona solicitante

_____

Número de licencia

## IX. Certificación del abogado o de la abogada endosante
## CERTIFICO QUE:

1. Soy un(a) abogado(a) admitido(a) y en *good standing* en Puerto Rico.

2. La persona solicitante está capacitada para postular como abogado(a) en el caso correspondiente.

3. La persona solicitante incluyó los certificados expedidos, dentro del término provisto, por el más alto foro de cada una de las jurisdicciones de Estados Unidos en las cuales está admitida y no está desaforada o suspendida de jurisdicción alguna.

4. Consiento a que se me designe como abogado(a) de récord del caso junto con la persona solicitante.

5. Asumo, junto a la persona solicitante, responsabilidad ante el (la) cliente(a) y el foro.

6. A mi mejor juicio, la información provista es cierta y correcta.

7. Este mismo día le notificaré una copia de la solicitud de admisión por cortesía sellada con fecha y hora de presentación al (a la) abogado(a) de la otra parte en el caso para el cual se solicita la admisión. En caso de no conocer el nombre del (de la) aboga-

do(a) de la parte contraria al presentar la solicitud, complementaré la misma tan pronto tenga dicha información, mediante moción informativa.

A \_\_\_\_de _____de 20\_\_\_\_.

_____

Firma del abogado o de la abogada
endosante

_____

Número del RUA